```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

**MICHAEL D. NADEAU,**          )
        **Plaintiff,**     )
                                )   Civil Action No. 3:10-cv-30178-MAP
**DAVID KAHAEF and AAMCO**      )
**TRANSMISSION, INC.,**         )
        **Defendants,**    )

ORDER
January 10, 2011

**PONSOR, D.J.**

    Pursuant to the court's endorsed order of this date granting the defendant's motion to dismiss, it is hereby ordered that this case be closed.

    It is so ordered.


                                            /s/Michael A. Ponsor
                                            U.S. Distict Court Judge