## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL D. NADEAU,<br>    Plaintiff(s)<br><br>v.<br><br>DAVID KHAEF and AAMCO<br>TRANSMISSIONS, INC.,<br>    Defendant(s) | CIVIL ACTION NO. 3:10-cv-30178 -MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant AAMCO Transmissions, Inc., against the plaintiff Michael D. Nadeau, pursuant to the court's endorsed order entered this date, granting the defendant's motion to dismiss.

                               **SARAH A. THORNTON**,
                               CLERK OF COURT

Dated: January 10, 2011          By /s/ *Maurice G. Lindsay*
                                  Maurice G. Lindsay
                                  Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)                                         [jgm.]